In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00461-CV**

_____

**WILLIAM T. KANE AND MARSHA KANE, Appellants**

**V.**

**WOODFOREST NATIONAL BANK, Appellee**

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 12-01-00452 CV**

**MEMORANDUM OPINION**

The appellants, William T. Kane and Marsha Kane, have filed a motion to dismiss this appeal. The appellants allege their appeal is moot because the trial court granted their motion for new trial. The motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered November 29, 2012

Before McKeithen, C.J., Gaultney and Kreger, JJ.